IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GUARDION MEDICAL LLC , | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00223-MTT |
| | * |
| MEDCOST BENEFITS SERVICES , | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 27, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 27th day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk